IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RITA BENNETT,
  on behalf of J.C.B.,
  a minor                                                                      Plaintiff

v.                           2:11CV00211 KGB

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                           Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 28th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE